**E-FILED on** 12/9/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DUY NGUYEN, AU LE, LIGHTHOUSE CAFÉ, INC., <br><br> Defendants. | No. C-09-3591 RMW <br><br> ORDER GRANTING DEFENDANTS' MOTION TO SET ASIDE DEFAULT <br><br> [Re Docket No. 11] |

    Defendants' motion to set aside the default entered against defendant Lighthouse Café is presently calendared for hearing before the court on December 18, 2009. The matter is now fully briefed, and having considered the papers submitted by the parties, the court finds that this matter may be determined without oral argument, and accordingly, the scheduled hearing is vacated.

    Turning to the substantive merits of defendants' motion, there is good cause to set aside default. Plaintiff filed this action on August 6, 2009. Plaintiff sought to serve defendant Lighthouse Café on September 1, 2009, and served the other defendants on September 4, 2009. Assuming service was proper, which defendants dispute, defendant Lighthouse Cafe's response was due no later than September 21, 2009. Plaintiff filed its request for entry of default against Lighthouse Café that same day, and on September 23, the clerk of the court entered default. Defendants filed their

answer two days later, on September 26, 2009. Defendants promptly moved to set aside the default entered against Lighthouse Café and have demonstrated an intent to defend on the merits.

    Plaintiff effectively concedes that it will not be prejudiced by setting aside default. Defendants have acted promptly to set aside the default, have raised what may be meritorious defenses to plaintiff's charges, and have generally demonstrated good cause to set aside the default. There is a strong preference for disputes to be resolved on their merits, and accordingly, under these circumstances, it is appropriate to set aside the default. Defendants' motion is granted and the default of defendant Lighthouse Café is hereby set aside.

DATED:  12/8/09

                                        RONALD M. WHYTE
                                      United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Thomas Peter Riley**
Email: tprlaw@att.net

**Counsel for Defendants:**

**Carlos Gregory Martinez**
Email: cmartin@isonlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   12/9/09                                       TER

                                                           **Chambers of Judge Whyte**
*United States District Court / For the Northern District of California* (left margin)