Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

***E-FILED - 2/3/11***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Joe Hand Promotions, Inc.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Duy Trong Nguyen, et al.,**<br><br>**Defendants.** | **CASE NO. CV 09-3591 RMW**<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFE & RESTAURANT, and LIGHTHOUSE CAFE, INC., an unknown business entity d/b/a LIGHTHOUSE CAFE & RESTAURANT** AND ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFE & RESTAURANT, and LIGHTHOUSE CAFE, INC., an unknown business entity d/b/a LIGHTHOUSE CAFE & RESTAURANT that the above-entitled action is hereby dismissed **without prejudice** against DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFE & RESTAURANT, and LIGHTHOUSE CAFE, INC., an unknown business entity d/b/a LIGHTHOUSE CAFE & RESTAURANT.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 24, 2011, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 17, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: Jan 24, 2011

ISON LAW FIRM, APC
By: Carlos G. Martinez
Attorneys for Defendants
DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFE & RESTAURANT, and LIGHTHOUSE CAFE, INC., an unknown business entity d/b/a LIGHTHOUSE CAFE & RESTAURANT

**IT IS SO ORDERED**:

Ronald M. Whyte

**The Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

Dated: 2/3/11